UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-284 JMR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION FOR RESENTENCING** |
| v. | ) | **PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| | ) | |
| DEWARD SONNY JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant, Deward Sonny Johnson, respectfully moves the Court to reduce his term of imprisonment pursuant to 18 U.S.C. § 3582(c)(2) from 120 to 68 months. The retroactive application of the amended November 1, 2007 Sentencing Guidelines for crack cocaine offenses make Mr. Johnson eligible for release from BOP custody immediately. Mr. Johnson's original guideline range was based on a total offense level 34 and a criminal history category IV, resulting in a guideline range of 210 to 262 months. The court sentenced Mr. Johnson to 120 months.

Applying the November 1, 2007, crack cocaine guideline amendments reduces Mr. Johnson's total offense level from 34 to level 32, resulting in new guideline range of 168-210 months. A 57% reduction from the bottom of the adjusted guideline range results in a new sentence of 68 months, a reduction in sentence of 100 months.

Mr. Johnson has a current BOP release date of June 22, 2008.; with a sentencing reduction of 100 months he would be eligible for immediate release from BOP custody.

Accordingly, Mr. Johnson moves the Court to issue an Order reducing his sentence to time served and Order his release from BOP custody upon processing of the release order and in any event no later than April 15, 2008. A proposed Order is enclosed for the Court's convenience.

Dated: April 1, 2008

Respectfully submitted,

*s/Lyonel Norris*
LYONEL NORRIS
Attorney ID 165888
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415