# CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2008, I served, or caused to be served, the following document:

**GOVERNMENT'S RESPONSE TO**
**DEFENDANT'S MOTION TO REDUCE SENTENCE**

I further certify that I electronically filed the above-listed document with the Clerk of the Court by using ECF, which constitutes service on ECF participant Lyonel Norris, Esq., pursuant to the ECF Procedures for the District of Minnesota.

Respectfully submitted,

FRANK J. MAGILL, JR.
Acting United States Attorney

s/*Thomas M. Hollenhorst*
BY: THOMAS M. HOLLENHORST
Assistant United States Attorney
Attorney ID No. 46322