UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 00-284 JMR |
| ) | |
| v. ) | MOTION TO WITHDRAW AND FOR APPOINTMENT OF SUBSTITUTE COUNSEL |
| DEWARD JOHNSON, ) | |
| ) | |
| Defendant. ) | |

Comes now Lyonel Norris, appointed counsel for Deward Johnson, and hereby moves the Court to allow counsel to withdraw from the defendant's representation and that substitute counsel be appointed to represent the defendant in the above proceedings.

Therefore, counsel requests that the Court grant this motion to withdraw and that Sarah MacGillis an attorney from the Criminal Justice Act Panel be appointed to represent the defendant.

Dated: June 17, 2008

Respectfully submitted,

***s/Lyonel Norris***

LYONEL NORRIS
Attorney ID No. 165888
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415