UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Deward Johnson,

Defendant.

Criminal No. 00-284 JMR

**ORDER FOR APPOINTMENT OF SUBSTITUTE COUNSEL**

---

David Steinkamp, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Lyonel Norris, Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

---

Upon application of the defendant, the Court finds that it is in the interest of justice that present counsel be relieved of his assignment to represent the defendant in the above entitled case. The Court directs that Sarah MacGillis of the CJA Conflicts Panel be appointed as substitute counsel to continue the representation of the defendant before this Court.

Dated: June 18, 2008

s/James M. Rosenbaum
Honorable James M. Rosenbaum
United States District Judge