UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-284 JMR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MOTION TO WITHDRAW AS COUNSEL** |
| | ) | |
| Deward Sonny Johnson, | ) | |
| | ) | |
| Defendant. | ) | |

TO: PLAINTIFF ABOVE-NAMED AND ITS ATTORNEY, DAVID STEINKAMP, ASSISTANT UNITED STATES ATTORNEY, 300 SOUTH FOURTH STREET, ROOM 600, MINNEAPOLIS, MN 55415.

Sarah M. MacGillis of Gislason & Hunter LLP, hereby moves the Court for an order permitting counsel to withdraw as counsel for the defendant Deward Sonny Johnson. The basis for this Motion is that the defendant's release from federal custody, on or about June 22, 2008, renders a motion for release under 18 U.S.C. § 3582 moot.

Dated: July 21, 2008.

s/ Sarah M. MacGillis

Sarah M. MacGillis #282017
GISLASON & HUNTER LLP
Attorneys for Defendant
701 Xenia Avenue South, Suite 500
Minneapolis, MN 55416
Phone: (763) 225-6000
Fax: (763) 225-6099