UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-284 JMR

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Deward Sonny Johnson, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2008, I caused the following document:

Motion to Withdraw as Counsel

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-mail notice of the electronic filing to the following:

- David Steinkamp
  david.steinkamp@usdoj.gov

Dated: July 21, 2008.

s/ Kimberly C. McKenzie
Kimberly C. McKenzie

MPLIB:327471.1