UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CR-284(01)(JMR/RLE)

United States of America )
)
v. ) ORDER
)
Deward Sonny Johnson )

On April 1, 2008, defendant moved, pursuant to 18 U.S.C. § 3582(c)(2), for a sentencing reduction under the revised and retroactive amendments to the United States Sentencing Guidelines applicable to crack cocaine cases. On June 20, 2008, prior to this Court's ruling, the Federal Bureau of Prisons released defendant.

Accordingly, IT IS ORDERED that defendant's motion [Docket No. 101] is denied as moot.

Dated: July 22, 2008

s/ James M. Rosenbaum
JAMES M. ROSENBAUM
United States District Judge