Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

DOCKET NO. (Transferring Court)

0864-0:00CR00284-001(JMR)

DOCKET NO. (Receiving Court)

NAME AND LOCATION OF *

Deward Sonny Johnson
Chicago, IL

08CR 602

| DISTRICT | DIVISION | |
|---|---|---|
| MINNESOTA | | |
| NAME OF SENTENCING JUDGE | | |
| Honorable James M. Rosenbaur | | |
| DATES OF TSR SUPERVISION | FROM | TO |
| | 06/20/2008 | 06/19/2013 |

OFFENSE

Aiding and Abetting the Possession with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A).

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of TSR may be changed by the District Court to which this transfer is made without further inquiry of this Court.

July 16th, 2008
Date

James M. Rosenbaum United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction of the above supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUL 25 2008
Effective Date

James F. Holderman
United States District Judge

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
BY ______
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: AUG 07 2008

SCANNED
AUG 12 2008
U.S. DISTRICT COURT ST. PAUL